IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3006 |
| vs. | ORDER |
| JENNIE L. REESE, | |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED:

1) Defendant's motion to continue the status conference, (Filing No. 28), is granted.

2) A status conference will be held before the undersigned magistrate judge at 9:30 a.m. on July 26, 2018. Unless the court later orders otherwise, the defendant may, but need not attend the status conference. If the defendant attends, the status conference will be held in Courtroom 2, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. If the defendant does not attend, the status conference will be held in chambers.

3) The court finds that the time between today's date and July 26, 2018 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately review this case and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 18th day of June, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge