IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3006 |
| vs. | |
| JENNIE L. REESE, | ORDER |
| Defendant. | |

After conferring with counsel, (Filing No. 35, audio file),

IT IS ORDERED:

1) Defendant's pretrial diversion is extended to May 17, 2019 so Defendant can determine whether she wishes to go to trial or, in the alternative, to enter into the new pretrial diversion agreement proposed by the government.

2) On or before May 17, 2019, the parties shall either file a motion to extend Defendant's pretrial diversion for an additional six months to afford the Defendant an opportunity to comply, or they shall file a notice that this case must be set for trial.

3) Based on the information provided by counsel, the court finds the ends of justice served by granting the parties' request to continue progression and trial of this case outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and May 17, 2019, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7). Failing to timely object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

April 2, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge