IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3006 |
| vs. | |
| JENNIE L. REESE, | ORDER |
| Defendant. | |

Defendant will be attempting to make payments toward restitution beginning in January 2020, the goal being to fully participate in pretrial diversion rather than go to trial. The parties therefore orally move to continue the progression and trial of this case. Based on the representations of counsel, the court finds the oral motion should be granted. Accordingly,

1) The parties' motion to continue is granted.

2) The court finds the ends of justice served by granting the parties' request to continue progression and trial of this case outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the completion of this matter, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7). Failing to timely object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

3) A telephonic conference will be held before the undersigned magistrate judge on July 8, 2020 at 10:00 a.m. Counsel shall use the conferencing instructions assigned to this case, (Filing No. 33), to participate in the call.

December 3, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge