IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JENNIE L. REESE,<br><br>　　　　　Defendant. | **4:17CR3006**<br><br>**ORDER** |

The government has moved to continue the status conference scheduled for tomorrow due to a scheduling conflict. Defense counsel and the assigned supervising officer do not oppose the motion. Based upon counsel's representation and the defendant's ongoing efforts toward completing the terms of her pretrial diversion, the court finds the motion should be granted.

　　Accordingly,

　IT IS ORDERED:

1) 　The government's motion, (Filing No. 55), is granted.

2) 　The status conference previously scheduled to be held on November 3, 2022 is continued and will be held before the undersigned magistrate judge at 1:30 p.m. on January 3, 2023 by telephone. All participants shall use the conferencing information provided by the court to participate in the call.

3) 　Due to Defendant's ongoing efforts toward pretrial diversion, a trial will not be set at this time. In the interest of justice, the time between today's date and January 3, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

November 2, 2022.　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge