IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JENNIE L. REESE,<br><br>     Defendant. | **4:17CR3006**<br><br>**ORDER** |

The government has moved to continue the status conference scheduled for January 3, 2023. Defense counsel and the assigned supervising officer do not oppose the motion. Based upon counsel's representation and the defendant's ongoing efforts toward completing the terms of her pretrial diversion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The government's motion to continue the status conference, (Filing No. 58), is granted.

2) A status conference will be held before the undersigned magistrate judge at 9:00 a.m. on July 6, 2023 by telephone. All participants shall use the conferencing information assigned to this case to participate in the call. Counsel for the parties shall be present at the conference.

3) Due to Defendant's ongoing efforts toward pretrial diversion, a trial will not be set at this time. In the interest of justice, the time between today's date and July 6, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act 18 U.S.C. § 3161(h)(7)(A) & (B).

December 28, 2022.

                 BY THE COURT:
                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge